JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE L. GONZALEZ and GLORIA SEDENO, <br><br> Plaintiffs, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case № 5:21-cv-01977-ODW (MRWx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting Defendant Mercedes-Benz USA, LLC's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendant; and
2. Plaintiffs' Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

January 13, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**